UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-81397-CIV-MARRA/MATTHEWMAN

SUN CAPITAL PARTNERS, INC.,

   Plaintiff,

vs.

TWIN CITY FIRE INSURANCE
COMPANY,

   Defendant.
_____/

FILED by ___ D.C.
SEP 2 2 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

**THIS CAUSE** is before the Court upon Defendant, Twin City Fire Insurance Company's Motion to Compel [DE 54], Plaintiff, Sun Capital Partners, Inc.'s Motion to Quash and/or Motion for Protective Order Regarding Subpoena Issued to Houston Casualty Company [DE 55], and Plaintiff's Motion to Quash and/or Motion for Protective Order Regarding Subpoenas Related to the Underlying Litigation [DE 56]. These matters were referred to the undersigned by United States District Judge Kenneth A. Marra [DE 22]. The Court held a hearing on these matters on Friday, September 19, 2014. The parties are hereby notified as follows:

As to Plaintiff, Sun Capital Partners, Inc.'s Motion to Quash and/or Motion for Protective Order Regarding Subpoena Issued to Houston Casualty Company [DE 55], and Plaintiff's Motion to Quash and/or Motion for Protective Order Regarding Subpoenas Related to the Underlying Litigation [DE 56], the parties shall submit supplemental briefing on or before **Tuesday, September 30, 2014**. As to each motion, the supplemental briefs shall not exceed **ten (10) pages**.

As to Defendant, Twin City Fire Insurance Company's Motion to Compel [DE 54], within

**twenty (20) days** of the date of this Order, the parties shall meet and confer to discuss the documents listed in the Plaintiff's privilege log [DE 63-1]. After the meet and conferral process is complete, the parties shall have an additional **ten (10) days** to file a joint status report, advising the Court whether any disputes remain about the privileged nature of any document(s). Per the parties' joint stipulation at the September 19, 2014 hearing, during the meet and conferral process, the parties may show documents to each other without waiving the right to raise any claims of privilege or to seek another form of relief at a later date. The parties also agree not to file a motion to disqualify opposing counsel based on the documents viewed.

**DONE AND ORDERED** in Chambers this 22nd day of September, 2014 at West Palm Beach, in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE