UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV-81397-KAM

SUN CAPITAL PARTNERS, INC.,

    Plaintiff,

v.

TWIN CITY FIRE INSURANCE
COMPANY, INC.,

    Defendant.

_____/

**NOTICE TO ALL PARTIES OF UPCOMING EMPLOYMENT RELATIONSHIP**

    This cause is before the Court sua sponte regarding the representation of Ver Ploeg & Lumpkin, P.A. as counsel for Plaintiff in this case. In preparation for the hearing scheduled for April 15, 2015, the Court realized that Ver Ploeg & Lumpkin, P.A. is counsel for Plaintiff. As a result, the Court hereby places all Parties on notice that the undersigned has hired Jeremy L. Kahn, Esq., an Associate Attorney at Ver Ploeg & Lumpkin, P.A., for a one-year clerkship to commence in August of 2015. The Court requests that Ver Ploeg & Lumpkin, P.A. immediately notify the Court and all Parties whether Mr. Kahn has worked or will work on this case.

    **DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 13th day of April, 2015.

    KENNETH A. MARRA
    United States District Judge