UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-81397-CIV-MARRA/MATTHEWMAN

SUN CAPITAL PARTNERS, INC.,

    Plaintiff,

vs.

TWIN CITY FIRE INSURANCE
COMPANY,

    Defendant.
_____/



FILED by ___ D.C.

MAY 11 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## OMNIBUS ORDER SETTING DISCOVERY HEARING

THIS CAUSE is before the Court upon the following discovery motions: **(1)** Twin City's Second Motion to Compel [DE 97], Sun Capital's Response [DE 112], and Twin City's Reply [DE 118]; **(2)** Sun Capital's Motion for Protective Order and/or Motion to Quash Subpoena to Cerberus Partners [DE 117] and Twin City's Response [DE 121]; **(3)** Sun Capital's Motion to Compel Documents [DE 122] and Twin City's Response [DE 127]; **(4)** Sun Capital's Second Motion to Compel [DE 123] and Twin City's Response [DE 137]; **(5)** Plaintiff's Motion for Costs with Respect to Non-Party Subpoenas Served on MDS Realty Holding I, LLC, Acadia Realty Trust, Mervyn's Klaff Equity, and JDA Agent, LLC [DE 145], and Twin City's Response [DE 151]; and **(6)** Sun Capital's Motion to Compel Production of Withheld Documents [DE 149] and Twin City's Response [DE 152]. These matters were referred to the undersigned by United States District Judge Kenneth A. Marra upon an Order referring all discovery matters to the undersigned for final disposition. *See* DE 22.

The Court held a hearing on the motions on May 8, 2015. As stated in open court, it is

hereby **ORDERED** as follows:

(1) As to Twin City's Second Motion to Compel [DE 97], Sun Capital advised the Court that it produced all Litigation Status Reports prepared before March 27, 2012. Counsel for Twin City advised that it had just received additional discovery in response to this Motion, but has not yet had a chance to review the additional discovery. Therefore, this Court is reserving ruling on Twin City's motion to compel all reports and evaluations prepared by Sun Capital's defense counsel in the underlying matters, until after Twin City has had an opportunity to review the Litigation Status Reports that were recently provided by Sun Capital. The Court will revisit this issue, as needed, during the next discovery hearing, to be held on Friday, May 22, 2015 at 2:00 P.M.

(2) Sun Capital's Motion for Protective Order and/or Motion to Quash Subpoena to Cerberus Partners [DE 117] is granted in part and denied in part. Sun Capital's Motion for Protective Order is granted as to request #15, and is denied as to the remaining requests, including request #5, as is consistent with this Court's previous Orders [DE 88, DE 147].

(3) The Court is reserving ruling in part on Sun Capital's Motion to Compel Documents [DE 122]. Twin City shall produce those documents relevant to its knowledge of the settlement of the underlying claims, as is consistent with this Court's April 21, 2015 Order [DE 147]. The Court finds that work-product privilege attaches on and after November 2, 2012, and that there is a limited waiver of attorney-client privilege as to those communications exchanged between Twin City and its coverage counsel for the purpose of assisting in the parties' common litigation related cause, up until the point when the parties anticipated litigation against each other (November 2, 2012). After November 2, 2012,

attorney-client privilege and (fact) work-product privilege is waived only as to those items put "at-issue" by Twin City, including documents relating to Twin City's defense of consent to settlement. On or before **Wednesday, May 13, 2015**, Twin City shall submit to the Court for *in camera* review those withheld documents relating to post-claim reinsurance and reserve information. The Court will address this motion further at the next discovery hearing set for May 22, 2015 at 2:00 P.M.

(4) Sun Capital's Second Motion to Compel [DE 123] is denied as moot, in light of the parties' representation in open court that they have reached an agreement to this dispute.

(5) The Court is reserving ruling on Plaintiff's Motion for Costs with Respect to Non-Party Subpoenas Served on MDS Realty Holding I, LLC, Acadia Realty Trust, Mervyn's Klaff Equity, and JDA Agent, LLC [DE 145]. The Court heard argument from the parties and is taking the matter under advisement. This motion will be further addressed during the next discovery hearing, on Friday, May 22, 2015 at 2:00 P.M.

(6) The Court is reserving ruling in part on Sun Capital's Motion to Compel Production of Withheld Documents [DE 149]. Twin City agreed to produce those documents prepared before November 2, 2012, as is consistent with this Court's April 21, 2015 Order [DE 147]. On or before **Wednesday, May 13, 2015**, Twin City shall submit to the Court for *in camera* review any remaining withheld documents at issue. The Court will address this motion further at the next discovery hearing set for May 22, 2015 at 2:00 P.M.

(7) Counsel for all parties shall appear before this Court on **Friday, May 22, 2015**, at **2:00 P.M.**, at the United States Courthouse, 701 Clematis Street, West Palm Beach, Florida, courtroom *to be determined*, to resolve all remaining discovery disputes, including those

items discussed above. The parties shall file a joint status report detailing what discovery disputes remain on or before **Wednesday, May 20, 2015**.

**DONE AND ORDERED** in Chambers this 11th day of May, 2015 at West Palm Beach, in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE