UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 12-81397 CIV-MARRA/MATTHEWMAN

SUN CAPITAL PARTNERS, INC.

      Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY,

      Defendant.
_____/

## SUN CAPITAL'S NOTICE OF INTENT TO RELY UPON SUPPLEMENTAL AUTHORITY

Plaintiff, Sun Capital Partners, Inc. ("Sun"), through their undersigned attorneys, respectfully submits the following two (2) cases: (1) *Cincinnati Ins. Co. v. Cochran*, No. 5:04MC2/RV/MD, 2004 WL 5246993 *1-2 (N.D. Fla. Dec. 9, 2004); and (2) *In re First American Corp.*, 184 F.R.D. 234, 239 (S.D.N.Y. 1998), attached hereto as composite Exhibit A, as supplemental authority in support of its arguments in its argument in Plaintiff's Motion for Costs with Respect to Non-Party Subpoenas Served [D.E. 145].

      Respectfully submitted,

      **VER PLOEG & LUMPKIN, P.A.**
      *Counsel for Plaintiff*
      100 S.E. 2nd Street – 30th Floor
      Miami, FL 33131-2151
      Tel: 305-577-3996
      Fax: 305-577-3558

      */s/ R. Hugh Lumpkin*
      **R. Hugh Lumpkin, Esq.**
      Florida Bar No. 308196
      hlumpkin@vpl-law.com

CASE NO. 12-81397 CIV-MARRA/MATTHEWMAN

**Arya Attari, Esq.**
Florida Bar No. 58847
aattari@vpl-law.com
**Christopher T. Kuleba, Esq.**
Florida Bar No. 105302
ckuleba@vpl-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below *via* transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ R. Hugh Lumpkin*
    R. Hugh Lumpkin

## SERVICE LIST

David M. Leonard, Esq.
David J. Forestner, Esq.
*Counsel for Twin City Fire*
Carlton Fields Jorden Burt, P.A.
One Atlantic Center
1201 West Peachtree St., Suite 3000
Atlanta, GA 30309
Telephone: 404-815-3380
Fax: 404-815-3415
Email: dleonard@cfjblaw.com
Email: dforestner@cfjblaw.com
*Via CM/ECF Transmission*

Michael R. Delhagen, Esq.
Courtney E. Scott, Esq.
*Co-Counsel for Twin City Fire*
Tressler LLP
One Penn Plaza, Suite 4701
New York, NY 10119
Telephone: 646-833-0900
Email: mdelhagen@tresslerllp.com
Email: cscott@tresslerllp.com
*Via CM/ECF Transmission*

Joseph Ianno, Jr.
Carlton Fields Jorden Burt, P.A.
*Counsel for Twin City Fire*
525 Okeechobee Blvd.
Suite 1200
West Palm Beach, FL  33401
Phone: 561-659-7070
Fax: 561-659-7368
Email: jianno@cfjblaw.com
*Via CM/ECF Transmission*