## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO. 12-81397-CIV-MARRA/MATTHEWMAN

SUN CAPITAL PARTNERS, INC.,

    *Plaintiff*,

v.

TWIN CITY FIRE INSURANCE
COMPANY,

    *Defendant.*

_____

## JOINT STATUS REPORT

Pursuant to this Court's Omnibus Order Setting Discovery Hearing [D.E. 162], the parties have prepared this Joint Status Report detailing what discovery disputes remain:

    1.    **Twin City's Second Motion to Compel [D.E. 97]**: The Court reserved ruling regarding all reports and evaluations prepared by Sun Capital's defense counsel in the underlying matters until after Twin City reviewed the Litigation Status Reports produced by Sun Capital. After review of the Litigation Status Reports, Twin City still seeks other reports and evaluations by Sun Capital's counsel in the underlying litigation prior to March 27, 2012, that are not titled "Litigation Status Reports." It also remains disputed by Sun Capital whether Twin City's Motion seeks attorney evaluations beyond "Litigation Status Reports" and if it does, whether Twin City is entitled to these communications withheld based on attorney-client privilege and/or work product immunity (and, from Twin City's perspective, whether those privileges were waived).

    2.    **Sun Capital's Motion to Compel Documents [D.E. 122]**: The Court ruled in part and reserved ruling in part. On May 12, 2015, Twin City submitted documents previously withheld for the Court's *in camera* review. [D.E. 164]. On May 15, 2015, Twin City produced

documents, identified in paragraph 4 of Twin City's Notice of Filing [D.E. 164], to Sun Capital. There is a dispute as to whether Twin City's documents submitted *in camera* should be produced to Sun Capital.

3. **Sun Capital's Motions to Compel [D.E. 149]**: The Court ruled in part and reserved ruling part. Twin City agreed to produce those documents prepared before November 2, 2012 that were withheld on work product grounds, consistent with the Court's April 21, 2015 Order [D.E. 147]. The Court required Twin City to submit any remaining withheld documents at issue for the Court's *in camera* review. Sun Capital moved to compel entries 98-111 [D.E. 149 at 3] as identified in Twin's March 23, 2015 privilege log. [D.E. 149-1]. On May 12, 2015, Twin City submitted documents for the Court's *in camera* review. [D.E. 164]. Subsequently, Twin City agreed to produce entries 100, 102, and 103 to Sun Capital, and entries 101 and 104 with attorney-client privileged material redacted. Twin City will submit privilege log entry 65 and entries 101 and 104 in redacted form and an updated privilege log to the Court for review. There remains a dispute as to whether Twin City's documents submitted *in camera* should be produced to Sun Capital.

4. **Plaintiff's Motion for Costs with Respect to Non-Party Subpoenas [D.E. 145]**: Argument on this motion was not completed at the hearing, and the Court took the matter under advisement until another hearing could be set, which is scheduled for May 22, 2015 at 2:00 p.m. On May 13, 2015, Sun Capital filed a Notice of Intent to Rely Upon Supplemental Authority [D.E. 163].

Dated this 20th day of May, 2015.

CASE NO. 12-81397-CIV-MARRA/MATTHEWMAN

/s/ David Forestner
David J. Forestner
Florida Bar No. 0371040
David M. Leonard (*admitted pro hac vice*)
Georgia Bar No.446625
CARLTON FIELDS JORDEN BURT, P.A.
1201 West Peachtree Street
Suite 3000
Atlanta, Georgia  30309-3455
Telephone:     (404) 815-3400
Facsimile:     (404) 815-3415
Email:  dforestner@cfjblaw.com
         dleonard@cfjblaw.com

Joseph Ianno, Jr.
Florida Bar No. 655351
CARLTON FIELDS JORDEN BURT, P.A.
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard
West Palm Beach, Florida  33401
Telephone:     (561) 659-7070
Facsimile:     (561) 659-7368
Email:  jianno@cfjblaw.com

*Attorneys for Defendant Twin City Fire Insurance Company*

/s/Arya Attari
R. Hugh Lumpkin
Florida Bar No. 308196
ARYA ATTARI
FLORIDA BAR NO. 58847
VER PLOEG & LUMPKIN, PA
100 S.E. 2nd Street
Thirtieth Floor
Miami, Florida  33131-2151
Phone: 305-577-3996
Fax: 305-577-3558
Email: hlumpkin@vpl-law.com

*Attorneys for Plaintiff Sun Capital Partners, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20th, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List *via* transmission of Notice of Electronic Filing generated by CM/ECF.


/s/ Arya Attari

## SERVICE LIST

*Sun Capital Partners, Inc. v. Twin City Fire Insurance Company*
Case No.:  12- 81397-CIV-MARRA/MATTHEWMAN
United States District Court, Southern District of Florida


R. Hugh Lumpkin, Esq.
hlumpkin@vpl-law.com
Janine Q. Menendez-Aponte, Esq.
jmenendez-aponte@vpl-law.com
Arya Attari, Esq.
aattari@vpl-law.com
Brian Jacobson, Esq.
bjacobson@vpl-law.com
Ver Ploeg & Lumpkin, PA
100 S.E. 2nd Street
Thirtieth Floor
Miami, FL  33131-2151
Phone: 305-577-3996
Fax: 305-577-3558

Joseph Ianno, Jr.
Florida Bar No. 655351
CARLTON FIELDS JORDEN BURT, P.A.
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard
West Palm Beach, Florida  33401
Telephone:     (561) 659-7070
Facsimile:     (561) 659-7368
Email:  jianno@cfjblaw.com

Michael R. Delhagen, Esq.
Co-Counsel for Twin City Fire
Tressler LLP
One Penn Plaza
Suite 4701
New York, NY 10119
Telephone: 646-833-0900
Email:  mdelhagen@tresslerllp.com

David J. Forestner
Florida Bar No. 0371040
David M. Leonard (*admitted pro hac vice*)
Georgia Bar No.446625
CARLTON FIELDS JORDEN BURT, P.A.
1201 West Peachtree Street
Suite 3000
Atlanta, Georgia  30309-3455
Telephone:     (404) 815-3400
Facsimile:     (404) 815-3415
Email:  dforestner@cfjblaw.com
          dleonard@cfjblaw.com