UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-81397-CIV-MARRA/MATTHEWMAN

SUN CAPITAL PARTNERS, INC.,

    Plaintiff,

vs.

TWIN CITY FIRE INSURANCE
COMPANY,

    Defendant.
_____/



FILED by ___ D.C.
MAY 2 8 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## OMNIBUS ORDER

THIS CAUSE is before the Court upon the following discovery motions: (1) Twin City's Motion to File Under Seal [153]; (2) Twin City's Second Motion to Compel [DE 97]; (3) Sun Capital's Motion to Compel Documents [DE 122]; (4) Sun Capital's Motion to Compel Production of Withheld Documents [DE 149]; and (5) Plaintiff's Motion for Costs with Respect to Non-Party Subpoenas Served on MDS Realty Holding I, LLC, Acadia Realty Trust, Mervyn's Klaff Equity, and JDA Agent, LLC [DE 145]. These matters were referred to the undersigned by United States District Judge Kenneth A. Marra upon an Order referring all discovery matters to the undersigned for final disposition. *See* DE 22.

The Court held a hearing on the motions on May 22, 2015. As stated in open court, it is hereby **ORDERED** as follows:

    (1) Twin City's Motion to File Under Seal [153] is granted, as Sun Capital does not have any objection to Twin City's Motion.

(2) The Court is reserving ruling on Twin City's Second Motion to Compel [DE 97]. Sun Capital shall submit to this Court, for *in camera* inspection, all of the documents listed in "Attorney Evaluation and Reports," attached to this Order as Exhibit "A." No duplicate documents shall be submitted to the Court. All such documents must be submitted to the chambers of the undersigned, located at 701 Clematis Street, #221, West Palm Beach, Florida 33401, no later than **5:00 p.m.** on **Thursday, June 4, 2015**. Upon receipt and review of the *in camera* documents, the Court will issue a ruling on this Motion.

(3) Sun Capital's Motion to Compel Documents [DE 122] is denied in part and granted in part. Twin City shall produce to Sun Capital redacted reinsurance treaty documents and any communications to and from reinsurers, no later than **5:00 p.m.** on **Friday, June 5, 2015**. Twin City provided documents to the Court, including reserve amounts, for *in camera* review. The Court has reviewed the reserve amounts and orders those documents not be produced, as they are not relevant under Rule 26. The specific privilege log entries that correspond to the reserve amounts are set forth below.

(4) Sun Capital's Motion to Compel Production of Withheld Documents [DE 149] is denied in part and granted in part. Twin City provided documents to the Court, which included handwritten notes made by Twin City's coverage and monitoring counsel in the underlying litigation and emails between Twin City and its coverage and monitoring counsel, for *in camera* review. The Court has reviewed the documents at issue and orders production as set forth below.

(5) The Court has reviewed the documents responsive to DE 122 and DE 149, submitted to the Court by Twin City for *in camera* review on May 12, 2015 and May 20, 2015, and orders production as follows:

| Produce | Do Not Produce |
|---|---|
| 47, 49, 72 (TC-7923), 75, 105, 106 | 3, 4, 5, 6, 7, 9, 10, 14, 15, 16, 18, 27, 28, 35, 36, 38, 43, 44, 45, 48, 50, 51, 52, 55, 56, 57, 58, 60, 61, 64, 65, 69, 72 (TC-7918), 77, 78, 81, 82, 84, 98, 99, 101, 104, 107, 108, 109, 110, 111 |

(6) The Court is reserving ruling on Plaintiff's Motion for Costs with Respect to Non-Party Subpoenas Served on MDS Realty Holding I, LLC, Acadia Realty Trust, Mervyn's Klaff Equity, and JDA Agent, LLC [DE 145]. The Court heard argument from the parties on May 8, 2015 and May 22, 2015, and is taking the matter under further advisement.

(7) The parties shall file a joint status report detailing what discovery disputes remain, if any, on or before **Tuesday, June 30, 2015**.

**DONE AND ORDERED** in Chambers this 28th day of May, 2015 at West Palm Beach, in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3