UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-81397-CIV-MARRA/MATTHEWMAN

SUN CAPITAL PARTNERS, INC.,

    Plaintiff,

vs.

TWIN CITY FIRE INSURANCE
COMPANY,

    Defendant.

_____/



## **ORDER**

THIS CAUSE is before the Court upon Twin City's Second Motion to Compel [DE 97]. This matter was referred to the undersigned by United States District Judge Kenneth A. Marra upon an Order referring all discovery matters to the undersigned for final disposition. *See* DE 22. On May 22, 2015, this Court held a hearing on Twin City's Second Motion to Compel, and ordered Sun Capital to produce the documents at issue ("Attorney Evaluation and Reports") for *in camera* inspection. DE 173. For the reasons stated below, Twin City's Second Motion to Compel [DE 97] is granted in part and denied in part.

As stated in this Court's December 3, 2014 Order [DE 88], Sun Capital and Twin City shared a common interest in the defense of the underlying litigation, which renders Plaintiff's communications with its counsel along with its co-defendants discoverable, absent the non-party co-defendants' own objections. For the reasons set forth in this Court's April 21, 2015 Order [DE 147], the Court applied the following rules of production in reviewing the disputed documents: (1) work-product privilege attaches to all documents prepared on or after November

1

2, 2012; (2) there is a limited waiver of attorney-client privilege as to those communications exchanged between Sun Capital and its defense counsel, co-defendants' counsel, and/or Marsh for the limited purpose of assisting in the parties' common litigation related cause; and (3) under the "at issue" doctrine, there is a waiver of privilege for those documents that specifically relate to the defensibility of the underlying claims, the settlement of the underlying claims, and the allocation of reimbursement for covered and non-covered losses. Accordingly, after conducting an *in camera* review of the disputed documents (DE 173-1), it is hereby **ORDERED** that Twin City's Second Motion to Compel [DE 97] is GRANTED IN PART AND DENIED IN PART, and the disputed documents shall be produced as directed by the Court in attached Exhibit "A."

**DONE AND ORDERED** in Chambers this 16th day of June, 2015, at West Palm Beach, in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE