**Composite Exhibit A**

COMPOSITE EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## WEST PALM BEACH DIVISION

SUN CAPITAL PARTNERS, INC.,      Case No. 12-81397 CV-KAM

    *Plaintiff,*

v.

TWIN CITY FIRE INSURANCE COMPANY,

    *Defendant.*

_____/

## NOTICE OF TAKING VIDEOTAPED DEPOSITION

To:    R. Hugh Lumpkin, Esq.
       Arya Attari, Esq.
       Christopher T. Kubela, Esq.
       Tiffany C. McCaffery, Esq.
       Counsel for Sun Capital Partners, Inc.
       Ver Ploeg & Lumpkin, P.A.
       100 S.E. 2nd Street – 30th Floor
       Miami, FL 33131

Please take notice that on the date listed below, the undersigned attorney(s) will take the videotaped deposition of C. Deryl Couch at the following time and location:

| DATE AND TIME | LOCATION |
|---|---|
| Tuesday, April 21, 2015 at 10:00 A.M. | Carlton Fields Jorden Burt<br>CityPlace Tower<br>525 Okeechobee Boulevard, Suite 1200<br>West Palm Beach, FL 33401 |

This oral examination shall take place before a Notary Public or officer authorized by law to take depositions in the State of Florida. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

100674124.1

Respectfully submitted, this 30th day of March, 2015.

_[signature]_

David J. Forestner
Florida Bar No. 0371040
dforestner@cfjblaw.com
David M. Leonard (*admitted pro hac vice*)
Georgia Bar No.446625
dleonard@cfjblaw.com
CARLTON FIELDS JORDEN BURT, P.A.
1201 West Peachtree Street, Suite 3000
Atlanta, Georgia  30309-3455
Telephone:      (404) 815-3380
Facsimile:       (404) 815-3415

Joseph Ianno, Jr.
Florida Bar No. 655351
jianno@cfjblaw.com
CARLTON FIELDS JORDEN BURT, P.A.
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard
West Palm Beach, Florida  33401
Telephone:      (561) 659-7070
Facsimile:       (561) 659-7368

***Attorneys for Defendant Twin City Fire Insurance Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2015, I served a copy of the foregoing Notice of Taking Videotaped Deposition on all counsel of record identified on the attached Service List via Email and U.S. Mail.

David J. Forestner

100674124.1

## SERVICE LIST

*Sun Capital Partners, Inc. v. Twin City Fire Insurance Company*
Case No.: 12- 81397-CIV-MARRA/MATTHEWMAN
United States District Court, Southern District of Florida

R. Hugh Lumpkin, Esq.
Email: hlumpkin@vpl-law.com
Arya Attari, Esq.
Email: aattari@vpl-law.com
Tiffany C. McCaffery, Esq.
tmccaffery@vpl-law.com
Christopher T. Kuleba, Esq.
Email: ckuleba@vpl-law.com
Ver Ploeg & Lumpkin, PA
100 S.E. 2nd Street
Thirtieth Floor
Miami, FL 33131-2151
Phone: 305-577-3996
Fax: 305-577-3558

Michael R. Delhagen, Esq.
Co-Counsel for Twin City Fire
Tressler LLP
One Penn Plaza
Suite 4701
New York, NY 10119
Telephone: 646-833-0900
Email: mdelhagen@tresslerllp.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## WEST PALM BEACH DIVISION

SUN CAPITAL PARTNERS, INC.,     Case No. 12-81397 CV-KAM

*Plaintiff*,

v.

TWIN CITY FIRE INSURANCE COMPANY,

*Defendant*.

_____/

## NOTICE OF TAKING VIDEOTAPED DEPOSITION

To:    R. Hugh Lumpkin, Esq.
        Arya Attari, Esq.
        Christopher T. Kubela, Esq.
        Tiffany C. McCaffery, Esq.
        Counsel for Sun Capital Partners, Inc.
        Ver Ploeg & Lumpkin, P.A.
        100 S.E. 2nd Street – 30th Floor
        Miami, FL 33131

Please take notice that on the date listed below, the undersigned attorney(s) will take the videotaped deposition of Marc Leder at the following time and location:

| **DATE AND TIME** | **LOCATION** |
| --- | --- |
| Friday, April 24, 2015 at 10:00 A.M. | Carlton Fields Jorden Burt<br>CityPlace Tower<br>525 Okeechobee Boulevard, Suite 1200<br>West Palm Beach, FL 33401 |

This oral examination shall take place before a Notary Public or officer authorized by law to take depositions in the State of Florida. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

100674550.1

Respectfully submitted, this 30th day of March, 2015.

/s/ David J. Forestner

David J. Forestner
Florida Bar No. 0371040
dforestner@cfjblaw.com
David M. Leonard (*admitted pro hac vice*)
Georgia Bar No.446625
dleonard@cfjblaw.com
CARLTON FIELDS JORDEN BURT, P.A.
1201 West Peachtree Street, Suite 3000
Atlanta, Georgia 30309-3455
Telephone: (404) 815-3380
Facsimile: (404) 815-3415

Joseph Ianno, Jr.
Florida Bar No. 655351
jianno@cfjblaw.com
CARLTON FIELDS JORDEN BURT, P.A.
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368

***Attorneys for Defendant Twin City Fire Insurance Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2015, I served a copy of the foregoing Notice of Taking Videotaped Deposition on all counsel of record identified on the attached Service List via Email and U.S. Mail.

_____
David J. Forestner

## SERVICE LIST

*Sun Capital Partners, Inc. v. Twin City Fire Insurance Company*
Case No.:  12- 81397-CIV-MARRA/MATTHEWMAN
United States District Court, Southern District of Florida

R. Hugh Lumpkin, Esq.
Email: hlumpkin@vpl-law.com
Arya Attari, Esq.
Email: aattari@vpl-law.com
Tiffany C. McCaffery, Esq.
tmccaffery@vpl-law.com
Christopher T. Kuleba, Esq.
Email: ckuleba@vpl-law.com
Ver Ploeg & Lumpkin, PA
100 S.E. 2nd Street
Thirtieth Floor
Miami, FL  33131-2151
Phone: 305-577-3996
Fax: 305-577-3558

Michael R. Delhagen, Esq.
Co-Counsel for Twin City Fire
Tressler LLP
One Penn Plaza
Suite 4701
New York, NY 10119
Telephone: 646-833-0900
Email:  mdelhagen@tresslerllp.com

100674550.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

SUN CAPITAL PARTNERS, INC.,        Case No. 12-81397 CV-KAM

    *Plaintiff*,

v.

TWIN CITY FIRE INSURANCE
COMPANY,

    *Defendant.*

_____/

### NOTICE OF TAKING VIDEOTAPED DEPOSITION

To:    R. Hugh Lumpkin, Esq.
        Arya Attari, Esq.
        Christopher T. Kubela, Esq.
        Tiffany C. McCaffery, Esq.
        Counsel for Sun Capital Partners, Inc.
        Ver Ploeg & Lumpkin, P.A.
        100 S.E. 2nd Street – 30th Floor
        Miami, FL 33131

Please take notice that on the date listed below, the undersigned attorney(s) will take the videotaped deposition of Rodger Krouse at the following time and location:

**DATE AND TIME**        **LOCATION**

Thursday, April 23, 2015        Carlton Fields Jorden Burt
at 10:00 A.M.        CityPlace Tower
        525 Okeechobee Boulevard, Suite 1200
        West Palm Beach, FL 33401

This oral examination shall take place before a Notary Public or officer authorized by law to take depositions in the State of Florida. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

100674469.1

Respectfully submitted, this 30th day of March, 2015.

*signature*

David J. Forestner
Florida Bar No. 0371040
dforestner@cfjblaw.com
David M. Leonard (*admitted pro hac vice*)
Georgia Bar No.446625
dleonard@cfjblaw.com
CARLTON FIELDS JORDEN BURT, P.A.
1201 West Peachtree Street, Suite 3000
Atlanta, Georgia 30309-3455
Telephone:    (404) 815-3380
Facsimile:    (404) 815-3415

Joseph Ianno, Jr.
Florida Bar No. 655351
jianno@cfjblaw.com
CARLTON FIELDS JORDEN BURT, P.A.
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone:    (561) 659-7070
Facsimile:    (561) 659-7368

***Attorneys for Defendant Twin City Fire Insurance Company***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 30, 2015, I served a copy of the foregoing Notice of Taking Videotaped Deposition on all counsel of record identified on the attached Service List via Email and U.S. Mail.

_____
David J. Forestner

## SERVICE LIST

*Sun Capital Partners, Inc. v. Twin City Fire Insurance Company*
Case No.: 12- 81397-CIV-MARRA/MATTHEWMAN
United States District Court, Southern District of Florida

R. Hugh Lumpkin, Esq.
Email: hlumpkin@vpl-law.com
Arya Attari, Esq.
Email: aattari@vpl-law.com
Tiffany C. McCaffery, Esq.
tmccaffery@vpl-law.com
Christopher T. Kuleba, Esq.
Email: ckuleba@vpl-law.com
Ver Ploeg & Lumpkin, PA
100 S.E. 2nd Street
Thirtieth Floor
Miami, FL 33131-2151
Phone: 305-577-3996
Fax: 305-577-3558

Michael R. Delhagen, Esq.
Co-Counsel for Twin City Fire
Tressler LLP
One Penn Plaza
Suite 4701
New York, NY 10119
Telephone: 646-833-0900
Email: mdelhagen@tresslerllp.com

100674469.1