**Composite Exhibit B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO. 12-81397 CIV-MARRA/MATTHEWMAN

SUN CAPITAL PARTNERS, INC.

    Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY,

    Defendant,
_____/

## DECLARATION OF RODGER KROUSE

In accordance with 28 U.S.C. § 1746, I, RODGER KROUSE, declare as follows:

1. My name is Rodger Krouse. I am over the age of 18 and otherwise competent to verify the facts set forth below.

2. I am a co-founder and Co-Chief Executive Officer of Sun Capital Partners, Inc. ("Sun Capital").

3. Sun Capital is a global private equity firm with offices in Boca Raton, Los Angeles and New York, and affiliates in London, Frankfurt, Paris Stockholm and Shenzhen. Since 1995, Sun Capital has invested in more than 315 companies worldwide across a broad range of industries and transaction structures.

4. Because of my role in the company, I do not typically get involved in the day-to-day management of litigation affecting Sun Capital or its affiliates.

5. Instead, I receive high-level updates, typically from our general counsel Deryl Couch, or

from the lead partners from one of the outside firms we engage to assist Sun Capital or its affiliates in connection with such litigation.

6. I will also participate on a limited basis in authorizing the settlement or compromise of a lawsuit, if necessary to protect the company and its investors.

7. I did not actively participate in any aspect of Sun Capital's defense of the lawsuit filed by the Official Committee of Unsecured Creditors of Mervyn's, on behalf of Mervyn's, LLC, Mervyn's Holdings, LLC and Mervyn's Brands, LLC ("collectively, Mervyn's") (Adv. Pro. No. 08-51402 (KG)) ("Underlying Lawsuit") save in two respects. First, I authorized the participation of Sun Capital in the joint defense undertaken with other targeted defendants, and approved the percentage of Sun Capital's participation as an agreement in principle. Second, I received periodic updates from our general counsel and outside defense counsel concerning the litigation.

8. I have no independent recollection of the details regarding the communications with representatives of Cerberus or the other co-defendants, or the various decisions made or the reasons therefor during the Underlying Lawsuit. Nor do I have any unique or superior knowledge of what took place during the Underlying Lawsuit or of the insurance matters pending in this lawsuit.

9. The matters in question happened many years ago. In addition to my role as Co-Executive Chief Officer of Sun Capital, from 2008 to 2012 Sun Capital had no less than 69 affiliated portfolio companies to which I provided financial, operational and strategic advice and consultation from time to time. Therefore, I do not recall details pertaining to the Underlying Lawsuit, including issues pertaining to the negotiations concerning or settlement of the Underlying Lawsuit.

10. Even if I had any knowledge regarding the details of the Underlying Lawsuit, any knowledge is far more limited than, and inferior to, the knowledge of other Sun Capital employee(s) and/or representatives including, but not limited to, Todd Buchman, who was actively involved in certain aspects of the litigation for Sun Capital, and our lead defense counsel, Tom Clare.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: July 29, 2015.

**RODGER KROUSE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO. 12-81397 CIV-MARRA/MATTHEWMAN

SUN CAPITAL PARTNERS, INC.

    Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY,

    Defendant,
_____/

## DECLARATION OF MARC LEDER

In accordance with 28 U.S.C. § 1746, I, MARC LEDER, declare as follows:

1. My name is Marc Leder. I am over the age of 18 and otherwise competent to verify the facts set forth below.

2. I am a co-founder and Co-Chief Executive Officer of Sun Capital Partners, Inc. ("Sun Capital").

3. Sun Capital is a global private equity firm with offices in Boca Raton, Los Angeles and New York, and affiliates in London, Frankfurt, Paris, Stockholm and Shenzhen. Since 1995, Sun Capital has invested in more than 315 companies worldwide across a broad range of industries and transaction structures.

4. Because of my role in the company, I do not typically get involved in the day-to-day management of litigation affecting Sun Capital or its affiliates.

5. Instead, I receive high-level updates, typically from our general counsel Deryl Couch, or

CASE NO. 12-81397 CIV-MARRA/MATTHEWMAN

from the lead partners from one of the outside firms we engage to assist Sun Capital or its affiliates in connection with such litigation.

6. I may also participate on a limited basis in authorizing the settlement or compromise of a lawsuit, if necessary to protect the company and its investors.

7. I did not actively participate in any aspect of Sun Capital's defense of the lawsuit filed by the Official Committee of Unsecured Creditors of Mervyn's, on behalf of Mervyn's, LLC, Mervyn's Holdings, LLC and Mervyn's Brands, LLC ("collectively, Mervyn's") (Adv. Pro. No. 08-51402 (KG)) ("Underlying Lawsuit") except for the following: (1) I authorized the participation of Sun Capital in the joint defense undertaken with other targeted defendants, and approved an agreement in principle regarding the percentage of Sun Capital's participation and (2) I received periodic updates from our general counsel and our outside defense counsel concerning the litigation.

8. I have no independent recollection of the details regarding the communications with representatives of Cerberus or the other co-defendants, or the various decisions made or the reasons therefor during the Underlying Lawsuit. Nor do I have any unique or superior knowledge of what took place during the Underlying Lawsuit or of the insurance matters pending in this Lawsuit.

9. The matters in question happened many years ago. In addition to my role as Co-Executive Chief Officer of Sun Capital, from 2008 to 2012 Sun Capital had no less than 69 affiliated portfolio companies to which I provided financial, operational and strategic advice and consultation from time to time. Therefore, I do not recall details pertaining to the Underlying Lawsuit, including issues pertaining to the negotiations concerning or settlement of the Underlying Lawsuit.

222865_1                                   2

CASE NO. 12-81397 CIV-MARRA/MATTHEWMAN

10. Even if I had any knowledge regarding the details of the Underlying Lawsuit, any knowledge is far more limited than, and inferior to, the knowledge of other Sun Capital employee(s) and/or representatives including, but not limited to, Todd Buchman, who was actively involved in certain aspects of the litigation for Sun Capital, and our lead defense counsel, Tom Clare.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: July 29, 2015.

_____
MARC LEDER