UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 12-81397-CIV-MARRA/MATTHEWMAN

SUN CAPITAL PARTNERS, INC.,

    *Plaintiff*,

v.

TWIN CITY FIRE INSURANCE
COMPANY,

    *Defendant.*

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE FOR ATTORNEY'S FEES

Defendant Twin City Fire Insurance Company, by and through its counsel, files this Unopposed Motion for Extension of Time to Move for Attorney's Fees, and in support thereof states as follows:

1. On December 18, 2015, the Court issued an Order regarding the work-product dispute between Plaintiff Sun Capital Partners, Inc. and Defendant Twin City Fire Insurance Company (D.E. 243).

2. Pursuant to Local Rule 7.3, Twin City has until February 16, 2016, to file a motion for attorney's fees based on the December 18 Order.

3. Due to the intervening holidays and the extensive nature of the motion, the undersigned respectfully request a 15-day extension of time, up to and including March 2, 2016, within which to file any motion for attorney's fees.

4. During the additional time, the parties will attempt to resolve the issues related to the motion for attorney's fees.

5. This Court may for good cause shown and upon timely motion enlarge the time within which an act shall otherwise be done.

6. Counsel for Sun does not object to the relief sought herein, but reserves the right to oppose any relief sought in a subsequent motion for attorneys' fees.

7. This request will not affect any other deadlines set by the Court, and this Motion is made in good faith and not for any improper purpose, nor will it prejudice any party.

WHEREFORE, Twin City Fire Insurance Company respectfully requests that this Court enter an order GRANTING its Unopposed Motion to Extend Time to Move for Attorney's Fees through and including March 2, 2016.

Respectfully submitted this 15th day of January, 2016.

*/s/ David J. Forestner*
David J. Forestner
Florida Bar No. 0371040
David M. Leonard (*admitted pro hac vice*)
Georgia Bar No. 446625
Justan C. Bounds *(admitted pro hac vice)*
Georgia Bar No. 339789
CARLTON FIELDS, P.A.
One Atlantic Center
1201 West Peachtree Street, Suite 3000
Atlanta, Georgia   30309
Telephone:     (404) 815-3400
Facsimile:     (404) 815-3415
Email:  dforestner@carltonfields.com
            dleonard@carltonfields.com
            jbounds@carltonfields.com

Joseph Ianno, Jr.
Florida Bar No. 655351
CARLTON FIELDS, P.A.
CityPlace Tower, Suite 1200
525 Okeechobee Boulevard
West Palm Beach, Florida  33401
Telephone:     (561) 659-7070
Facsimile:     (561) 659-7368
Email:  jianno@carltonfields.com
***Attorneys for Defendant Twin City Fire Insurance Company***

## CERTIFICATION OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(B), the undersigned counsel certifies that he has conferred with counsel for Sun Capital Partners, Inc. in a good faith effort to resolve the issues raised in this motion and counsel for Sun will not oppose this motion.

This 15th day of January, 2016.

                                               CARLTON FIELDS, P.A.

                                               /s/ David J. Forestner
                                               David J. Forestner
                                               Florida Bar No. 0371040
                                               dforestner@carltonfields.com
                                               1201 West Peachtree Street, Suite 3000
                                               Atlanta, Georgia  30309-3455
                                               Telephone:     (404) 815-3380
                                               Facsimile:      (404) 815-3415

                                               ***Attorney for Defendant Twin City Fire Insurance Company***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY I electronically filed the foregoing document on January 15, 2016, with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List *via* transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ David J. Forestner*
David J. Forestner

## SERVICE LIST

*Sun Capital Partners, Inc. v. Twin City Fire Insurance Company*
Case No.:  12- 81397-CIV-MARRA/MATTHEWMAN
United States District Court, Southern District of Florida

R. Hugh Lumpkin, Esq.
hlumpkin@vpl-law.com
Arya Attari, Esq.
aattari@vpl-law.com
Tiffany C. McCaffery, Esq.
tmccaffery@vpl-law.com
Christopher T. Kuleba, Esq.
ckuleba@vpl-law.com
Ver Ploeg & Lumpkin, PA
100 S.E. 2nd Street
Thirtieth Floor
Miami, FL  33131-2151
Phone: 305-577-3996
Fax: 305-577-3558

*Counsel for Plaintiff Sun Capital Partners, Inc.*

Michael R. Delhagen, Esq.
Co-Counsel for Twin City Fire
Tressler LLP
One Penn Plaza
Suite 4701
New York, NY 10119
Telephone: 646-833-0900
Email:  mdelhagen@tresslerllp.com