UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 12- 81397-CIV-MARRA/MATTHEWMAN

SUN CAPITAL PARTNERS, INC.,

    Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY,

    Defendant.
_____/

## TWIN CITY'S MOTION TO FILE UNDER SEAL

Defendant Twin City Fire Insurance Company ("Twin City"), hereby seeks an order directing the Clerk of Court to place under seal Exhibit B, and Exhibits 1, 2, 3 and 4 thereto, to Twin City's Motion for Attorney's Fees. The grounds for this motion are as follows:

1. On January 17, 2014, the Court approved the Parties' Joint Stipulation as to Non-Waiver of Privilege and Work Product Objections and Confidentiality of Documents. (Dkt. 35, 43.) The Stipulation's Section 2(f) contains the following:

> Should Twin City seek to use any Protected Material at trial or at a hearing in this matter, counsel for Twin City shall confer with counsel for Sun Capital in an effort to agree upon a procedure to ensure the continued protection of the Protected Material. In the event the Parties are unable to reach an agreement, the matter will be submitted to the Court. No basis for objection is waived by this Stipulation, including but not limited to relevancy and other evidentiary objections.

2. Twin City's Response to Sun's Supplemental Brief Regarding Work Product Date contains a document that are produced as "CONFIDENTIAL PROTECTED MATERIAL."

- 1 -

104640329.2

3. The Confidentiality Order entered in this action (Dkt. 27) requires that any document marked "Confidential" by a party must be filed under seal. Documents that Twin City seeks to have filed under seal are marked "Confidential."

4. On August 20, 2015, the Court requested further justification from Twin City to continue filing documents under seal pursuant to the Court's prior orders regarding documents marked "Confidential" and "Confidential Protected Material." (Dkt. 215.)

5. Twin City deferred to Sun to provide the justification sought by the Court, and after Sun submitted its arguments for continuing to have its documents marked "Confidential" and "Confidential Protected Material" filed under seal, the Court ordered that Sun's documents should be filed under seal. (Dkt. 227.)

6. Exhibit B, and Exhibits 1, 2, 3 and 4 thereto, which is attached to Twin City's Motion, is marked "Confidential Protected Material."

7. Twin City requests that Exhibit B, and Exhibits 1, 2, 3 and 4 thereto, attached to Twin City's Motion for Attorney's Fees be filed under seal to comply with previous orders of the Court.

8. Accompanying this Motion, Twin City submits in a separate envelope marked "Sealed Document" one copy of Exhibit B, and Exhibits 1, 2, 3 and 4 thereto, to Twin City's Motion for Attorney's Fees.

9. These documents set forth above filed under seal shall be kept under seal by the Clerk of Court until final disposition of this action, at which time the document may be destroyed.

Dated this 1st day of March, 2016.

104640329.2

*/s/ David J. Forestner*
David J. Forestner
Florida Bar No. 0371040
dforestner@carltonfields.com
David M. Leonard (*admitted pro hac vice*)
Georgia Bar No. 446625
dleonard@carltonfields.com
Justan C. Bounds (*admitted pro hac vice*)
Georgia Bar No. 339789
jbounds@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
1201 West Peachtree Street
Suite 3000
Atlanta, Georgia  30309-3455
Telephone:     (404) 815-3380
Facsimile:      (404) 815-3415

Joseph Ianno, Jr.
Florida Bar No. 655351
jianno@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
525 Okeechobee Boulevard
Suite 1200
West Palm Beach, Florida  33401
Telephone:     (561) 659-7070
Facsimile:      (561) 659-7368

***Attorneys for Defendant Twin City Fire Insurance Company***

## CERTIFICATION OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(B), the undersigned counsel certifies that he has conferred with counsel for Sun Capital Partners, Inc. on over ten such motions in the past and Sun has maintained that its documents marked "Confidential Protected Material" must be filed under seal.

Dated this 29th day of February, 2016.

>*/s/ David J. Forestner*
>David J. Forestner
>Florida Bar No. 0371040
>dforestner@carltonfields.com
>CARLTON FIELDS JORDEN BURT, P.A.
>1201 West Peachtree Street, Suite 3000
>Atlanta, Georgia  30309-3455
>Telephone:     (404) 815-3380
>Facsimile:      (404) 815-3415
>
>*Attorneys for Defendant Twin City Fire Insurance Company*

104640329.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List *via* transmission of Notice of Electronic Filing generated by CM/ECF

*/s/ David J. Forestner*
David J. Forestner

104640329.2

## SERVICE LIST

*Sun Capital Partners, Inc. v. Twin City Fire Insurance Company*
Case No.:  12- 81397-CIV-MARRA/MATTHEWMAN
United States District Court, Southern District of Florida

| | |
|---|---|
| R. Hugh Lumpkin, Esq. | Michael R. Delhagen, Esq. |
| hlumpkin@vpl-law.com | Co-Counsel for Twin City Fire |
| Arya Attari, Esq. | Tressler LLP |
| aattari@vpl-law.com | One Penn Plaza |
| Tiffany C. McCaffery, Esq. | Suite 4701 |
| tmccaffery@vpl-law.com | New York, NY 10119 |
| Christopher T. Kuleba, Esq. | Telephone: 646-833-0900 |
| ckuleba@vpl-law.com | Email:  mdelhagen@tresslerllp.com |
| Ver Ploeg & Lumpkin, PA | |
| 100 S.E. 2nd Street | |
| Thirtieth Floor | |
| Miami, FL  33131-2151 | |
| Phone: 305-577-3996 | |
| Fax: 305-577-3558 | |