UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 12- 81397-CIV-MARRA/MATTHEWMAN

SUN CAPITAL PARTNERS, INC.,

    Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY,

    Defendant.

_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Attorney David J. Forestner hereby moves this Court for the entry of an Order permitting her to withdraw her appearance as counsel of record for Defendant, Twin City Fire Insurance Company, and represent as follows:

1. Undersigned counsel will be leaving Carlton Fields to join a different law firm effective today.  For this reason, it is necessary to request that this Court permit him to withdraw his appearance as counsel for Defendant Twin City Fire Insurance Company in this case.

2. Carlton Fields Jorden Burt, P.A. will continue to represent Twin City Fire Insurance Company in this matter; therefore, there will be no disruption in the representation.

3. Accordingly, the undersigned respectfully requests that this Court grant this Motion to Withdraw her appearance as counsel of record for Defendant.

WHEREFORE, Attorney David J. Forestner respectfully requests that the Court enter an Order granting her Motion to Withdraw as Counsel of Record and relieving David J. Forestner of further responsibility in connection with his representation of Defendant, Twin City Fire Insurance Company.

- 2 -

Dated this 29th day of September, 2017.

>/s/ David J. Forestner
>David M. Leonard (*admitted pro hac vice*)
>Georgia Bar No.446625
>dleonard@carltonfields.com
>David J. Forestner
>Florida Bar No. 0371040
>dforestner@carltonfields.com
>CARLTON FIELDS JORDEN BURT, P.A.
>1201 West Peachtree Street
>Suite 3000
>Atlanta, Georgia  30309-3455
>Telephone:     (404) 815-3380
>Facsimile:      (404) 815-3415
>
>
>Joseph Ianno, Jr.
>Florida Bar No. 655351
>jianno@carltonfields.com
>CARLTON FIELDS JORDEN BURT, P.A.
>CityPlace Tower – Suite 1200
>525 Okeechobee Boulevard
>West Palm Beach, Florida  33401
>Telephone:     (561) 659-7070
>Facsimile:      (561) 659-7368
>
>***Attorneys for Defendant Twin City Fire Insurance Company***

## CERTIFICATE OF SERVICE

**I hereby certify** that on September 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ David J. Forestner*
David J. Forestner

112996685.1

## SERVICE LIST

*Sun Capital Partners, Inc. v. Twin City Fire Insurance Company*
Case No.:  12- 81397-CIV-MARRA/MATTHEWMAN
United States District Court, Southern District of Florida

| | |
|---|---|
| R. Hugh Lumpkin, Esq. | Michael R. Delhagen, Esq. |
| hlumpkin@vpl-law.com | mdelhagen@tresslerllp.com |
| Arya Attari, Esq. | TRESSLER LLP |
| aattari@vpl-law.com | One Penn Plaza |
| Christopher T. Kuleba, Esq. | Suite 4701 |
| ckuleba@vpl-law.com | New York, NY 10119 |
| VER PLOEG & LUMPKIN, PA | Telephone: 646-833-0900 |
| 100 S.E. 2nd Street | |
| Thirtieth Floor | |
| Miami, FL  33131-2151 | *Co-Counsel for Twin City Fire* |
| Phone: 305-577-3996 | |
| Fax: 305-577-3558 | |

*Counsel for Plaintiff*

112996685.1