UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81397-CIV-MARRA

SUN CAPITAL PARTNERS, INC.,

    Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER OF WITHDRAWAL

This Cause is before the Court upon the Motion to Withdraw (DE 343) filed by David J. Forestner, Esq. on behalf of Defendant. Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The Motion to Withdraw (DE 343) is **GRANTED**.

2. David J. Forestner, Esq. shall no longer represent nor have any responsibility to represent Defendant in this matter.

3. Defendant will continue to be represented by Carlton Fields Jorden Burt, P.A..

4. The Clerk of the Court is directed to update the docket removing attorney David J. Forestner, Esq. as attorney of record.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of October, 2017.

                                    *s/Kenneth A. Marra*
                                    KENNETH A. MARRA
                                    United States District Judge