**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 12-81397-CIV-MARRA/MATTHEWMAN

SUN CAPITAL PARTNERS, INC.

        *Plaintiff*,

v.

TWIN CITY FIRE INSURANCE
COMPANY,

        *Defendant.*
_____/

## ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the Notice of Dismissal with Prejudice filed by Plaintiff, Sun Capital Partners, Inc., and the Court having reviewed the Notice, and being otherwise fully advised in the premises, it is,

**ORDERED AND ADJUDGED** that:

1.      This matter is dismissed **WITH PREJUDICE.**

2.      Each party shall their own fees and costs.

3.      The Clerk shall **CLOSE** this case.  Any pending motions are **DENIED** as moot.

4.      This Court shall retain jurisdiction to enforce the terms of the Parties' May 21, 2018 Confidential Settlement Agreement and Release.

**DONE** and **ORDERED** in Chambers at West Palm Beach, Florida on this 30th day of May, 2018.

_____
KENNETH A. MARRA
United States District Judge